IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22CR450 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW TURNIPSEEDE, | ) | <u>STATUS REPORT</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Erica D. Barnhill, Assistant United States Attorney, and Defendant Matthew Turnipseede, by and through his counsel, Russell E. Marsh and Richard A. Wright, and hereby provide the Court this status report.

The United States has provided discovery to Defendant, and counsel for the United States and Defendant have been engaged in plea negotiations. The United States has presented a plea offer to Defendant and given Defendant a deadline of September 30, 2024, to respond. If a plea agreement is reached the parties will notify the court so a change of plea hearing can be scheduled.

          Respectfully submitted,

          REBECCA C. LUTZKO
          United States Attorney

By:  /s/ Erica D. Barnhill
       Erica D. Barnhill (OH: 0079309)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113

(216) 622-3967
(216) 522-2403 (facsimile)
Erica.Barnhill@usdoj.gov