United States District Court

For the Northern District of Ohio

Eastern Division

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Matthew J. Turnipseede,<br><br>   Defendant. | Case No. 1:22-cr-00450-CAB<br><br> Judge Christopher A. Boyko<br><br>Notice of Filing: Letters of Support for<br>Matthew Turnipseede for Sentencing<br><br>**Sentencing hearing: May 21, 2025 at 10:00 am** |

   Mr. Turnipseede, by and through his counsel of record, J. Michael Murray of Berkman, Gordon, Murray & DeVan (local counsel), and Russell E. Marsh, of Wright Marsh & Levy, admitted *pro hac vice*, hereby submits the following letters of support for his sentencing, including Mr. Turnipseede's own letter to the Court.

Letters from:

1. Matthew J. Turnipseede
2. Sonya Turnipseede
3. Andrew Maynard
4. Dave Simmons
5. Eric Billigmeier
6. James Turnipseede
7. Jayne Turnipseede
8. Jennifer Simmons
9. Kristen Tassi
10. Marci Maynard
11. Richard Prettyman

12. Stephen Wilburn

13. Dr. Michael Sabback

14. Sonya Turnipseede

15. Stacey Trimberger

DATED this 14th of May, 2025.

Respectfully submitted,

By:   */s/ Michael Murray*
J. Michael Murray (0019626)
jmmurray@bgmdlaw.com
Berkman, Gordon, Murray & DeVan
55 Public Square, Suite 2200
Cleveland, Ohio 44113
(216)-781-5245
(216)-781-8207 (fax)

Local Counsel for Matthew Turnipseede

By:   */s/ Russell E. Marsh*
Russell E. Marsh (NV Bar 11198)
russ@wmllawlv.com
Wright Marsh & Levy
300 South 4th Street, Suite 701
Las Vegas, NV 89101
702-382-4004
702-382-4800 (fax)

Pro Hac Vice Counsel for Matthew
Turnipseede

**CERTIFICATE OF ELECTRONIC SERVICE**

The entitled document was filed electronically on May 14, 2025, and served through the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also served on U.S. Pretrial Officer Kelly Bowen at Kelly_Bowen@ohnp.uscourts.gov.

*/s/ Debbie Caroselli*
Employee of Wright Marsh & Levy

To the Honorable Judge Boyko,

I am grateful for the opportunity to write to you today on behalf of my wife Sonya, my daughter, my son, and myself, asking for your lenience in keeping my family united during these difficult times.

First, Your Honor, I want to express to you the depth of my regret and remorse for my ill-considered actions. I never got into this business with the intent of losing anyone's money, or my own, but we are here today because of my poor decisions, which hurt my investors...many of whom are family and friends.

My very first investor was a man named Tom, who became a second father to me, and after my real father left our family when I was a teenager, Tom stepped in to fill that void. We did everything together, and he was a wonderful man. The thought of disappointing Tom was devastating, and I tried to wager my way back to make my investors whole again. Even amid my legal issues, he would still send calls and text messages of encouragement, showing his support for me and my family.

Your Honor, I have another reason to humbly ask you to consider keeping me with my family. My crew and I lean on each other for everything. Their value to me is immeasurable, and my value to them is not just a financial one.

My daughter is seventeen and has always been a stellar student. Over the past couple years, the pressures of my legal issues have been taking their toll on her, and her ACT scores and grades have understandably slipped below her norm. She started therapy mid-May, and my wife and I are optimistic we can get her back on track. We have been going on college visits, and I would very much like to be there to support her as she makes this life-changing transition.

My son, fourteen, is a very kind-hearted, respectful young man. He is very bright but has developed tendencies his doctor has called "on the spectrum", and my wife and I are concerned about his ability to focus. I know how important a dad can be at his age, and I want to be there to help him navigate that awkward period for adolescents, regardless of what happens to me. I

hope to be there for man-to-man conversations about high school, girls, social media, and his changing body. I know he has been very affected by the past few years, but I also know his heart, and how I can help him through this stage.

My wife Sonya and I have been married a little over 21 years now, but this situation has taken an extreme toll on us. While our commitment to each other has thus far been able to survive, I know she is deeply concerned about many things. She knows the proven benefits of a two-parent household are in jeopardy, and without my financial support, the family unit would have to move at a pivotal time, and she would likely lose her job from the negative press, as she is a Copy Editor at Caesar's.

I know Your Honor is aware of my serious health issues. I have been working with a team of doctors to address these concerns and would very much like to continue with the plans they have put in place.

Your Honor, it is very important that I can pay back some or all the money lost in wagering. As you know, these are still my friends and family, and I would like to do what I can. I am humbly asking you for a sentence that would allow me to both pay back my investors and support my family and my children's college endeavors. I work as a field director for Wholesale Electric and own a small LED lighting distribution company. These jobs would allow me to both make restitutions as well as keep my family going.

Most humbly, and with the highest respect for Your court,

Matthew Turnipseede

Dear Your Honor,

My name is Sonya Turnipseede, and I am Matthew (Matt) Turnipseede's wife. I am writing this letter in support of my husband, to whom I have been married for 20 years and have known for close to 25 years. During this time, I have consistently seen him exemplify kindness, integrity, and an unwavering commitment to his family and community.

I am fully aware of the charges against Matt, and I understand the seriousness of them. In light of this, I believe it is essential to provide you with a fuller understanding of his character and the positive impact he has had on those around him. He has always been a dedicated and loving father and husband, and a man of faith.

Since I have known and loved Matt for so many years, I could share countless examples of his kindness. One of the most special, however, has been when Matt served as our daughter's soccer coach for many years. He never missed a single game and cared deeply about being present—not just for her, but for all the girls on the team. His dedication to fostering teamwork, encouraging confidence, and celebrating the achievements of every player reflects the kind of person he is at his core.

Matt's steadfastness and compassion shine brightest during challenging times. He was unwaveringly by my side when I lost my father unexpectedly over 20 years ago, supporting me through my grief with unconditional love. He stood strong during one of the darkest periods of our lives when we lost our first child to miscarriage, offering strength and tenderness as we navigated that loss together.

Additionally, when I was balancing a full-time job and graduate school while raising a newborn, Matt willingly and happily tag-teamed with me. He became the primary caretaker during the day and worked late-night hours so that I could continue pursuing my career, all while ensuring our daughter was cared for with love and devotion.

One extraordinary example of Matt's character is something he does quietly and humbly, with no intention of recognition. Each week, Matt goes to the grocery store, buys bread, deli meat, cookies, and fruit, and assembles 40-50 brown bags filled with sandwiches and snacks. He then drives to a part of the city where many homeless people live and offers them food. I've gone with him many times and

seen how he treats everyone with dignity and kindness. This act of selflessness reflects the kind of man he is—always looking to serve and care for others.

When we decided to leave Ohio and move to Las Vegas, it was a carefully considered decision. We planned the move thoughtfully, including the inception of Matt's business, finding a community to live in, and selecting schools for our children. We left behind family and secure jobs to take a chance on his dream and vision. As a small business owner, Matt consistently strived to do right by his clients. I saw him go to the office every day, giving his all to grow the company and meet the needs of his clientele. Despite the immense pressure and 24/7 demands placed on him, his actions were always well-intentioned, and never motivated by ill will, malice, or any intent to deceive. He is a good man, and I deeply believe this.

Matt is deeply sorry for how things have turned out. I have seen the toll this has taken on him—he carries the weight of it every single day. He genuinely tried to do the right thing, and I witnessed his efforts firsthand for many years.

The consequences of this case have been devastating for Matt, me, and our children, ages 13 and 17. We have endured immense personal and professional hardships. Both Matt and I have lost jobs and our professional reputations have been significantly impacted. In August 2022, an article with a sensationalized, clickbait headline about Matt was published, not only locally but nationally and globally, casting a dark and humiliating shadow over our lives. The timing of the publication—during the first week of our daughter starting high school and our son starting middle school—magnified the emotional toll on our family.

We were forced to leave our home, where we had been exemplary tenants for over eight years, uprooting our lives. In our local community, we faced relentless public scrutiny, gossip, and ridicule. Our children, who have excelled athletically and academically, were shunned and had to change leagues and instructors to escape the ongoing gossip. Unfortunately, both kids and adults have been unkind. The most painful aspect has been my inability to defend my children in the aftermath of this situation.

All four of us have lost friendships and experienced deep loneliness and humiliation. Given the uniqueness of our last name and the spread of the article, it has been impossible to escape this reality. The emotional strain has been

tremendous, and we are financially decimated. Despite the dark days of ridicule, embarrassment, and humiliation, we continue to persevere as a strong family unit.

I humbly ask you to consider all of this in regard to my husband. We have already suffered greatly, and I ask that you please not split our family apart. Matt is vital to our children, especially at this crucial time in their lives. We are finally starting to rebuild, with steady jobs and the hope of stability. Please allow us to remain together as a family. I know that if Matt is forced to leave, it will create an additional emotional and financial turmoil that will force us to start over yet again. Our family has been through so much over the last several years. I am humbly asking that you please allow us to stay together.

In closing, I respectfully ask for leniency in Matt's sentencing. He is deeply remorseful and committed to making amends and moving forward in a positive direction. Thank you for taking the time to consider this letter and the broader context of Matt's character and circumstances.

Sincerely,
Sonya Turnipseede

Dear Judge,

Firstly, thank you for taking the time today to read my letter as you consider the sentencing of Matthew Turnipseede. My name is Andrew Maynard, and I am Matt's Cousin. I do not have any memories of Matt not being a part of my life and have considered him my big brother from childhood. I have the privilege as well of being the godfather to his and Sonya's two children, and .

I can't imagine the position you're in to decide such cases, all I can say is I hold your role and the justice system in high esteem. Additionally as a father to four children myself, and any wrongdoing aside, I am greatly saddened by Matt's position. In my conversations with him, his main concern is for his wife and children. Matt's greatest joy was when he first became a father and I remember with how much gladness he talked about this new role. In standing by him on the days of his children's baptisms, I knew Matt "got it." He understood his life wasn't about him anymore, but about those little kids.

For me, Matt was always someone willing to lend an ear. He was intrigued about my life during my college days and took great interest while I was deciding my career path. Matt also was the one encouraging me in my young dating life, once I met my wife, to "not let her go". We are going on ten years of marriage now. From discussions on faith and fatherhood, to music, food and culture, Matt has been a great source of knowledge, experience and desiring to live a good life.

Your Honor, as you consider your sentence, I humbly ask that you temper your justice with mercy, and that you remember the pivotal role that a dad plays in their children's lives. and are young, in transitionary phases of life, phases of life that need guidance. They're in a time in their life where they need their dad. This hits home in a special way for Matt as I remember conversations with him about when he grew up and his own dad was not always there for pivotal moments. Again, I thank you so much for your time in reading this letter when I know it is not necessary for you to do so and I am praying for you, your wisdom, for Matt and his family.

Best regards,

Andrew Maynard

Your Honor,

My name is Dave Simmons, and I am writing to you regarding my brother-in-law, Mathew Turnipseede, who is before you for sentencing. I have had the privilege of knowing Matt for over 15 years, and during this time, I have witnessed firsthand the strength of his character, his kindness, and the positive impact he has had on those around him.

Matt is a devoted father who exemplifies family values and works tirelessly to instill these values in his children. He has always prioritized their well-being and development, setting an admirable example through his actions. As a committed husband and father, Matt has demonstrated the importance of love, respect, and responsibility within his household.

Beyond his family, Matt has been an active and valued member of his church and community. His participation in church activities reflects his dedication to his faith and his willingness to serve others. He has also brought up his two beautiful children in the faith. Additionally, I have witnessed the significant impact he has made in the community as a soccer coach, helping to shape the character of the young people he has mentored. Through his guidance, he has taught them not only the fundamentals of the game but also important life lessons about teamwork, perseverance, and respect. He sets a strong example.

I understand the seriousness of the circumstances that bring Matt before you, and I do not seek to minimize them. However, I respectfully ask you to consider his many contributions to his family and community, as well as the potential for him to continue being a positive influence in the lives of those who depend on him.

Matt is a man of integrity and compassion, and I firmly believe that he has learned and grown from this experience. I ask that you take these aspects of his character into account when determining his sentence. His family and his community need him.

Thank you for your time and consideration.

Sincerely,
Dave Simmons

January 21, 2025

Dear Judge,

My name is Eric Billigmeier – I am a television producer who lives in Sacramento, CA. I write today in support of my near-lifelong friend, Matthew Turnipseede.

Matt and I have been brotherly mates since early in high school, and have kept in contact throughout the many movements of our lives.

I am cognizant of the gravity of the offense to which Matt has pled. In fact, I was an investor in his fund, and therefore know personally how serious this situation is.

What I also know, however, is that Matt Turnipseede is a good and decent man. Enlighteningly, he remains my friend despite my investment loss.

He painted himself and his clients into a very difficult corner here, but he is not an evil con artist or a scammer.

The Matt that I know is a caring father who used to tease me for liking the sport of soccer, but then became a huge fan when his daughter's team needed a coach.

He is a doting Son, the kind of man who always kept his parents on guard with his mischievous humor, while at the same time going out of his way to show them love.

And he is a gracious confidante who will listen, and advise, and challenge me like few other friends I have.

So I write today to implore you to consider Matt's fundamental decency when determining your sentencing judgment. I thank you for your time in reading my appeal, and for your thoughtful consideration of this case.

Sincerely,

Eric Billigmeier

Dear Your Honor:

My name is James Edwin Turnipseede Jr. and I am Matthew James Turnipseede's father. By the time Matt was born, I was 30 years old. I played organized sports all my young life, I had served in the U. S. Air Force and in the Viet Nam War and graduated from college, so my life experiences were many.

I was blessed with invaluable life lessons and skills that my Father gave to me. He believed "Do the Right Thing", "Try Your Best", "Treat People Fairly", "Hard Work Pays Off" and "Stand Up for What You Believe" were indeed "Seeds of Wisdom" and I wanted to pass them on to my children.

For most of Matt's young life I was his coach. I thought teaching determination, drive, ambition and even how to lose was important. Winning is easy because it's fun and exciting, but few learn how to lose gracefully and respectfully. As Matt became a father, he wanted to follow those same principles. As a soccer coach and mentor, he always compiled a recap of each contest recognizing each and everyone's contributions to the game, win or lose. This helped to instill teamwork and camaraderie throughout the team. He published this information in a newsletter and sent it to the parents. By doing this, it illustrated how much he cared about the development of each individual player on his teams.

Matt and his wife, Sonya, have strived to get started again and if he is away from his family for any time, it will have a distinct effect on his daughter,        (17), his Son,        (13),  as well as his wife.

Because of the information that was published, his family was forced to move, his daughter had to change soccer teams, he lost the first job he had, but finally secured a job with WEC in the industrial lighting industry. That job landed him a greater job still in the same industry.

I ask for leniency for Matthew J. Turnipseede and I thank you for considering my letter.

Sincerely,

James E. Turnipseede Jr.

Dear Judge:

My name is Jayne Turnipseede. I am 81 years old and I have been the stepmother of Matthew Turnipseede for thirty-five plus years. I was raised by my Mother and Father in a loving home with both parents working outside the home to provide for our family which included my Brother.

I married James (Jim) Turnipseede, Matt's Father, when Matt was fifteen years old and Jennifer, Matt's sister, was ten years old. Jim and I had known each other from the age of thirteen and our families were friends and respected citizens in the community. We had very similar families, growing up with the same values and morals.

I knew that marrying Jim, with two children would present its own challenges and I willingly accepted the task. Having my priorities right, with God first, family second and country third would be my map for parenting as a step-mother. Matt came to live with us upon his high school graduation, attended college and found part-time work. During that time, we formed a close and loving relationship. During those next few years we watched Matt grow up and mature into a good son and young adult. He was never in trouble with the law except maybe a parking ticket. It was very affirming to watch Matt making good choices in his young adulthood.

If I had to choose, one thing to describe Matt, it would be "dedicated". Dedicated to his beautiful wife, Sonya, dedicated to his 2 beautiful children,        17 and
           13, and dedicated to his God. Teaching, protecting and providing for his family in every way possible is his number one priority. They mean everything to him! He and his wife, Sonya, have built a family unit that speaks volumes when it comes to loving, caring and showing kindness. These are the values they have instilled in their children. Being a Grandparent I have witnessed this up close and personal. They are all deeply involved in each of their lives, events and interests and depend on each other.

Page 2.

If this family life and dependency were to be interrupted, separating Matt from his family it would prove to be devastating.          , the daughter is 17 and hopes to attend college in another year and          , the son 13, is at a very critical and most formative time in his life.  He would be deeply affected if his father was taken from him.  This would prove to be detrimental to his overall wellbeing.

I pray and humbly ask that you take this into consideration in determining the outcome of Matthew J. Turnipseede.

Sincerely,

Martha Jayne Turnipseede

Dear Your Honor,

My name is Jennifer Simmons, and I am Matt Turnipseede's younger sister. Born 5 years apart, Matt could have easily written me off as an annoying little sister, especially in his teenage years. That was never the case with us. My brother was always my rock, my protector, and my greatest source of laughter. The bond we shared was one that nobody else understood, particularly when we spoke in our made-up language or quoted entire scenes from The Parent Trap. When I was 10 (and Matt was 15), our parents divorced, and Matt and I moved with my mother across the country. Matt was fiercely protective of me as I navigated living a life away from our father. Looking back, I'm sure that Matt's journey was harder than mine, moving in the middle of his sophomore year of high school, but he never let on if that was the case. He was too busy comforting me. Throughout the years, distance and life in general have made it difficult for us to see each other as often as we'd like, but I know that he'd drop everything and be there for me in a heartbeat if I needed him. And this is why I'm writing to you now.

I understand that Matt has plead guilty and that you are considering his sentence. I know that Matt has made mistakes, but I genuinely feel that he is remorseful of any wrongdoing, and that he and his family have truly suffered in these last several years. Not only did Matt lose money, along with his clients, but he lost his business, his home, his car, and his pride. Letters were anonymously sent to employers or potential employers, making it nearly impossible for Matt (and his wife Sonya) to get or keep jobs. An article was published in a national news source, causing embarrassment for his family and particularly, his children. Among the whispers, their family has lost friends, they've lost coaches, and they've lost their sense of community. For a while there, Matt seemed like a shell of himself, and the stress took a serious toll on his health.

Then, miraculously, it was as if a light turned on, and the Matt I recognize started to reappear. Matt has once again found success in a new career path, ironically, in lighting. He has worked hard to rebuild a life after losing everything. A family man at the core, he's happiest when he's with his wife and kids, whether he's cooking for them (he's the head chef of the household) or attending his daughter's soccer games or his son's golf lessons.

It terrifies me to think of him having to start over again on rebuilding a life after losing so much and coming so far. As I reflect on my brother's situation, a quote from our beloved movie, The Parent Trap, comes to mind: "Let the punishment fit the crime." Matt and his family have suffered over these last few years, and I hope that you can consider that as a form of time already served as you consider his sentencing. I beg you for your leniency and your empathy. Matt was always my rock, my protector, and my greatest source of laughter. And I know that he is those things (and so much more) for his wife and children now. Thank you so much for your consideration.

With gratitude,
Jennifer Simmons

January 21, 2025

Dear Your Honor,

Thank you for the opportunity to submit this letter to the Court. I'm a small business owner living in Chicago, Illinois and writing in support of Matt Turnipseede, my first cousin who I grew up with in Columbus, Ohio. Matt is 11 years older than me and someone for whom I have admired my entire life.

I understand the scope of offenses for which Matt is being sentenced, and I'd like to ask that the Court consider a few important factors at it determines what his future—and the future of his family and children—will look like.

Above all, Matt is a wonderful father to his two children. I remember vividly the day he called me to tell me he and his wife were expecting. From that moment on, he was the best father—adoring, present, participative, engaged. Even though we didn't live nearby, he shared photos and anecdotes of his young children often and with so much pride. He was the dad who didn't just coach the little league team but went a step further, creating a weekly newsletter for parents that featured highlights and brought smiles to many (remember, this was *little league!)*. Matt has always been his children's greatest champion, the father figure he always deserved but never really had.

Beyond prioritizing his own children, family has always been deeply important to Matt. Before our grandmother passed away, he took the lead in organizing a full day for her to teach us how to cook her secret Lebanese dishes, which he later memorialized with a professionally bounded cookbook that he gifted to all the members of our family. That's the kind of thought and care Matt puts into his *extended* family. I know his wife and children see this type of generosity and thoughtfulness in spades.

It's clear to all who know Matt that these past few years have been challenging for him and his family as they've navigated this situation and the subsequent impact on their personal and professional lives. But they've remained a strong unit, facing the headwinds as a family and committed to doing what is best for their children.

Matt's two children are at such formative ages, and they deserve to grow up with their father present, in their home, as much as possible. I would ask the Court to please be lenient in its sentencing, enabling Matt to fulfill his obligations to society while remaining physically present with his family. Any other outcome would have a potentially devastating impact on the future of two very bright young people who bear no responsibility in this situation.

Thank you, Your Honor, for considering my comments.

Sincerely,

Kristin Tassi

Dear Judge,

I appreciate the opportunity to write to you regarding my nephew, Matthew Turnipseede. I am a retired certified nurse practitioner and Matt is my nephew. I have known and been extremely close to Matt since the day he was born. I would like to share some insight into his character and hope that you might take this into consideration when deciding how to justly sentence him.

Matt is the oldest of my five nephews and nieces. He is beloved by all his five aunts and seven first cousins, two of which are my children. When Matt was about 14 years old, his family moved to California. My oldest child was about three years old and they were especially close. It was very hard on Matt to leave. He wrote letters to her and we always found a way to visit each other often. He moved back to Ohio after his father left his family and his mother came back to where her family lived. It was very good to have him home. We went to his football games on the weekends and supported him and his sister during some difficult years of adjusting to life without their father. Matt's mom took the separation of the family very hard and during that time Matt and I became even closer.

We had very much a mother-son type of relationship. I wanted to make sure he knew he was loved as he took his father's leaving particularly hard. We included Matt in a lot of our family activities such as playing backgammon, a game we had learned from my grandfather, and cooking Lebanese food. He loves cooking and once spent a day with my mother, whom he called "Grams," while she prepared his favorite dishes. He wrote down all the recipes and put them in a book that he had bound and passed around to the entire family. In the book were recipes and also funny stories about our family. A few years later, his Grams died and he wrote and delivered her eulogy.

There's a warmth to Matt that I wish you could see. He always had a particular fondness for his cousins. He was the eldest of seven and he was a mentor to all of them. I always knew he would be a wonderful father but when his first child,            , was born, he became the best dad I have ever known. His life goal quickly became being the best and most present father he could be. Several times he told me how important it was for him to be there for his children and he could not understand how his father could have made a choice to leave their family, especially him and his sister.

Matt coached his daughter's soccer team and was the best coach, not only for his daughter, but for the entire team. He sent weekly letters home to each girl and her parents highlighting their gifts and lifting them up as special individuals as well as team players. These letters were really endearing to read. Needless to say, those girls adored their coach! He is also very close to his son,          . He has coached his son in golf and          has become quite an accomplished golfer under his father's guidance. Both of his children are gifted students and accomplished athletes who have the attention of both of their parents.

          will be a senior this year and          will start high school. Although Matt is accepting of whatever sentence he is given, he is the most concerned about what the future will look like for his children. He told me his daughter is going on college visits and his son is beginning high school, a time in their lives when they need him most. This weighs heavily on Matt as his father left at this time of his life. My prayer is that you will be able to find a just punishment for him that does not take him away from his children.

I can only imagine what a difficult job you have deciding what sentence is fair for what person and I am grateful for this opportunity to write and tell you about my nephew, Matt. Thank you.

Sincerely
Marci Maynard

January 25, 2024

Dear Your Honor:

I am Richard Prettyman, Matthew Turnipseede's stepfather, and I am humbly asking for leniency in sentencing him. I am very aware of the offense he is charged with since I had knowledge of the formation of his business Moneyline Analytics. Thomas Weihe, who was a dear friend of mine but has since been deceased, was instrumental in encouraging Matt, finding his clients, securing participators, and ultimately sending Matt and his family to live in Las Vegas and formally start the business.   It was a blow to my wife, Diane to lose her son, daughter in law, and grandchildren to this move.   But it was presented as a sure and profitable success for Matt , and he jumped at the opportunity.

  When I married my wife, Matt was a student athlete in Dublin High School and was with us until he graduated. He had successful jobs while in high school in the various restaurants while still playing football and baseball. Following graduation, he moved to California to live with his father and stepmother and attend college. Subsequently he moved back to Ohio, married and settled in the Columbus area where his two children were born.   He worked in the food industry, mostly in fine dining restaurants and moving up to management positions. At Hyde Park restaurant, Matt was the person that invented the "seafood tower" appetizer.   He wrote magazine articles for other restaurants as well.   Matt also trained servers, maintained staffing, and saw after food safety policies.

I remain very proud of Matt and all that he accomplished in his personal and professional life.

He is most definitely a hands on father and a devoted husband. Further to that, Matt is into his extended family,, including my own daughters.   He has a deep bond with his sister, Jennifer and all of his cousins. At Christmas, he does an online Jeopardy game centered on Christmas carols and the entire family (Chicago, Los Angeles, North Carolina, Ohio) zooms in to play.   HIs believes family must work hard to maintain loving relationships.

Please keep this family together as they come up for air and begin anew.   Thank you for taking the time to read this.

Yours truly,

Richard Prettyman

Dear Your Honor,

I hope this letter finds you well. I am writing to express my deep support for my best friend, Matt Turnipseede, who is currently facing sentencing in your court. I understand the seriousness of the circumstances, and I do not wish to diminish the gravity of the situation. However, I would like to share with you some insight into Matt as a person and the positive qualities he possesses that I believe are important to consider.

I have known Matthew for over 34 years, and in that time, I have known him to be a compassionate, kind, and hardworking individual. Because of his deep faith in God, he has always been someone who goes out of his way to help others, whether it be in the workplace, with friends, or his family. Like most of us, Matt faced some significant challenges in life, but I personally witnessed an ongoing desire to learn, grow, and improve as a person. Over the years, he has proven to be a devoted husband, loving father, and selfless friend.

While I do not seek to excuse or justify the actions that led to this situation, I truly believe that Matt has learned from his mistakes and is committed to making amends. He has taken full responsibility for his actions and has expressed deep regret for the pain he has caused others. Since the incident, I have seen Matt take concrete steps to improve his life, such as attending counseling, feeding the homeless, getting involved in Church, and working tirelessly at his new job. Matt understands the impact of his actions and is determined to rebuild his life in a positive way.

I respectfully ask that you take into account Matt's character, the steps he has taken to better himself, and the support system around him as you determine an appropriate sentence. I firmly believe that with the right guidance and support, Matt will continue to be a productive member of society.

Thank you for your time and consideration. I deeply appreciate your understanding of my heartfelt plea for leniency and hope that you will be able to see the person Matt truly is beyond the mistakes he have made.

Sincerely,
Stephen Wilburn

# MICHAEL S. SABBACK MD, FACS

February 27, 2025

Re: Matt Turnipseede

Dear Judge;

I am writing this letter in support of Matt Turnipseede. Matt is the son of my cousin, Diane (Khourie) Prettyman. I have known Matt from an early age.

Matt's parents are both fine, upstanding people who raised Matt in a loving, encouraging environment. Although his parents divorced, they both continued to pour their love and care for Matt throughout his childhood and adolescent years.

Matt has a strong sense of family, and I have always enjoyed the times that he has visited us. He is very devoted to his family and friends. Matt is a generous, warm, and outgoing person.

Matt is a gifted athlete, and he has excelled in business and sales. He is a good friend and is a strong family man. He is a man of strong faith as are his parents and other family members.

Matt and his wife Sonya have a very strong marriage and have two beautiful children whom they love very much. Mat has a strong work ethic which has served him well in his dealings.

Unfortunately, he made some bad decisions which has led to the current situation.

Once these are resolved, I believe that Matt will continue to be the fine husband, father, and friend that we all know.

As Matt's cousin and friend, I appreciate any consideration that can be shown to him in this matter.

Very Truly Yours,

Michael S. Sabback MD, FACS

Your Honor,

My name is Michael Falater. I am a lawyer in Las Vegas, Nevada, having lived here since 2011. I first met Matt Turnipseede in 2017 on the sidelines of a soccer field. I was helping coach my daughter's team when we played Vegas United. Like myself, Coach Matt was completely a volunteer, donating multiple hours of his weeknights to his team, along with several hours on Saturdays. My daughter's team went on to play Coach Turnipseede's team a few times over the next couple of years and I was always impressed by how well his team played together.

Around 2018, my daughter's team was disbanding and I needed to find another team for her. We played Vegas United and Coach Matt's team the final game of that season. After the game, during the handshake line, I pulled Coach Matt aside, congratulated him on his win and asked him if he would coach my daughter. He invited her to guest play with his team the following weekend in a tournament. That event started what has become a seven-year friendship. Coach Matt coached my daughter from 2018 until approximately 2020 or 2021. During that stretch, the team enjoyed much success. They won many games and tournaments, but more importantly, my daughter learned a lot about hard work, dedication, and grit. And I owe much of that to Coach Matt. He was an unpaid volunteer coach, donating 2-3 weeknights a week to the team and hours on Saturday. I watched him work with a group of 15-17 young teenage girls. He got to know them. He cared for them. He taught them. He played a significant role in their lives.

Since that time, Coach Matt's daughter and my daughter continued to play together on school soccer teams and Matt and I have remained friends. We have gone to lunch together regularly. Matt explained his business to me at times, but it never made much sense to me because I don't gamble or participate in sports betting. Frequently, our conversations revolve around religion and our spiritual beliefs. Since Matt has been charged, I've seen his family go through significant struggles. They moved. They sold possessions and vehicles to make ends meet. Matt has worked multiple, different jobs to provide for his family. I've seen the Turnipseede family struggle, including the children. I've also seen them become a stronger family unit by supporting each other in what has become a very stressful and trying time.

In closing, I hope that my letter of support for Matt Turnipseedee will provide some additional light on his life and the good he has shown my family. I believe he is a good man, that cares deeply for his family and friends. I hope that you will show at least some leniency toward him during sentencing.

Sincerely,

Michael Falater

Dear Judge -

My name is Stacey Trimberger, and I live and work in North Carolina as a Senior Director of IT. I have been with the same organization for the past 18 years, building a career grounded in responsibility, leadership, and integrity. I am writing on behalf of my stepbrother, Matt Turnipseede, who I have come to know well over the past two decades.

Matt's mother, Diane Prettyman, is married to my father, Richard Prettyman, and while Matt and I did not grow up together, I've spent the past 20+ years getting to know him through family gatherings and shared milestones. I am aware of the offense for which Matt is being sentenced. Though I respect the court's process, the Matt I've known for over 20 years has always been honest, ethical, and deeply committed to his faith and family. I hope to offer the court insight into his character beyond this legal matter.

Matt is a man of deep faith and unwavering devotion to his loved ones. He is a loving husband, father, son, and friend whose commitment to family is evident in everything he does. He carries himself with humility and grace, and has consistently demonstrated kindness, integrity, and sincerity. Whether lending a hand at family events, offering words of encouragement, or simply being present for others, Matt leads with compassion and purpose. He is intelligent and earnest, and most importantly, he is honest. I have always found Matt to be sincere and grounded— qualities that are all too rare. Even through challenges, he demonstrates accountability and grace.

I respectfully ask that you take these qualities into account when considering Matt's sentencing. I hope leniency can be shown, allowing him the opportunity to continue being a positive influence in the lives of his wife and two children and those who love and depend on him.

Thank you for your time and consideration.

Sincerely,


**Stacey Trimberger**